UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PARIS A. BRADFORD #518162,

    Plaintiff,

                                            Case No: 1:23-cv-48

v.

                                            HON. ROBERT J. JONKER

UNKNOWN LINSCOTT et al,

    Defendants.
                                           /

## ORDER APPROVING AND ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

      The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on December 18, 2024 (ECF No. 31). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

      **ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 31) is **APPROVED** and **ADOPTED** as the opinion of the Court.

      **IT IS FURTHER ORDERED** that Defendant Linscott's Motion for Summary Judgment (ECF No. 19) is **DENIED.**


Dated:  January 14, 2025           /s/ Robert J. Jonker
                                                  ROBERT J. JONKER
                                                  UNITED STATES DISTRICT JUDGE